# UNITED STATES BANKRUPTCY COURT
### Eastern District of Kentucky
### Lexington Division

Mailing Address: P.O. Box 1111, Lexington, KY 40588–1111

| | |
|---|---|
| In Re: Raymond A. Sjogren | Case Number: 14−52219−grs |
| aka/dba: Mr. Taxi | Chapter: 7 |
| Debtor(s) | |

## ORDER TO FILE/AMEND

A petition was filed in the above−referenced case on 9/28/14. Pursuant to United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local Bankruptcy Rules for the Eastern District of Kentucky, please be advised that the following identified documents must be filed with the court within 14 days of the petition date.

Failure to comply with this order may result in the dismissal of this case, or the withholding of the discharge of the debtor(s) without further notice or hearing. This does not limit any party in interest from seeking contempt sanctions, dismissal of the case, or any other remedy for failure to comply with this order.

Missing document(s) or a portion thereof:

Exhibit D, Schedules A−J w/ declaration, Summary & Statistical Summary, Statement of Financial Affairs w/ declaration, Fee Disclosure, Statement of Current Monthly Income and Certificate of Credit Counseling

DATED: 9/29/14

By the court −

/s/ Gregory R. Schaaf
Gregory R. Schaaf
U.S. Bankruptcy Judge

KYE_oamd                                                                                                          4